IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY LEE FORTSON, JR., | : | Civil No. 3:24-cv-2120 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT BOOHER, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 24th day of January, 2025, upon consideration of Petitioner's motions (Docs. 2, 9) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 2, 9) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge